IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

PATRICK SANFORD,                           )
                                           )
              Plaintiff,                    )    TC-MD 130077N
                                           )
       v.                                   )
                                           )
DEPARTMENT OF REVENUE,                      )
State of Oregon,                            )
                                           )
              Defendant.                    )    **FINAL DECISION OF DISMISSAL**

The court entered its Decision of Dismissal in the above-entitled matter on March 5, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision of Dismissal was entered. The court's Final Decision of Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on Plaintiff's Withdrawal of Complaint, filed March 4, 2014. Plaintiff stated that Defendant does not object to its withdrawal. After considering the matter, the court concludes that Plaintiff's Complaint should be dismissed. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of March 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by* <u>*mailing*</u> *to: 1163 State Street, Salem, OR 97301-2563; or by* <u>*hand delivery*</u> *to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within* <u>*60*</u> *days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on March 24, 2014. The court filed and entered this document on March 24, 2014.*